# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2015

149537(54)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

In re WANGLER/PASCHKE, Minors.

SC: 149537
COA: 318186
Sanilac CC Family Division:
07-035009-NA

_____/

On order of the Chief Justice, the motion of the Family Defense Attorneys of Michigan for leave to file an amicus curiae brief is GRANTED. The amicus brief will be accepted for filing if submitted on or before July 22, 2015.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2015

